DANIEL G. BOGDEN
United States Attorney
ALEXANDRA MICHAEL
Assistant United States Attorneys
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, NV 89101
Phone (702) 388-6336
Fax (702) 388-6698

2014 NOV 18 P 4: 01

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-mj-00730-GWF |
| Plaintiff, | |
| v. | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
| VANDERMERE GIPSON, aka VANDEMAR GIPSON, aka VANDEMAR ANDREWS, | |
| Defendant. | |

COMES NOW, the United States of America by and through DANIEL G. BOGDEN, United States Attorney, and ALEXANDRA MICHAEL, Assistant United States Attorney, and respectfully moves to have this Court for an Order to UNSEAL the Criminal Complaint and all subsequent and further proceedings in the above-captioned case.

DATED this 18th day of November, 2014.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

By: _____ FOR
ALEXANDRA MICHAEL
Assistant United States Attorney

1

DANIEL G. BOGDEN
United States Attorney
ALEXANDRA MICHAEL
Assistant United States Attorneys
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, NV 89101
Phone (702) 388-6336
Fax (702) 388-6698

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|   Plaintiff, | ) 2:14-mj-00730-GWF |
| | ) |
| VANDERMERE GIPSON, aka | ) **ORDER TO UNSEAL CASE** |
| VANDEMAR GIPSON, aka | ) |
| VANDEMAR ANDREWS, | ) |
|   Defendant. | ) |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the Criminal Complaint filed on November 5, 2014 in the above-captioned case, along with all subsequent and further proceedings, shall be unsealed.

DATED this __19th__ day of November, 2014.

_/s/ George Foley Jr._
UNITED STATES MAGISTRATE JUDGE